1:26-cr-00493
Judge Sunil R. Harjani
Magistrate Judge Laura K. McNally
RANDOM/CAT 4

FILED
9/15/2026
VW
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARRINGTON BELL | Case No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about June 26, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

ARRINGTON BELL,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Springfield Armory XDM Elite 9mm pistol, with a partially obliterated serial number, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2025 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, Springfield Armory XDM Elite 9mm pistol, with a partially obliterated serial number, and associated ammunition.

A TRUE BILL:

______________________________
FOREPERSON

______________________________
UNITED STATES ATTORNEY